**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

**October 23, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| REACHING SOULS INTERNATIONAL, INC., an Oklahoma not for profit corporation; TRUETT-MCCONNELL COLLEGE, INC., a Georgia nonprofit corporation, by themselves and on behalf of all others similarly situated; GUIDESTONE FINANCIAL RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, a Texas nonprofit corporation, | |
| Plaintiffs - Appellees, | |
| v. | No. 14-6028<br>(D.C. No. 5:13-CV-01092-D)<br>(W.D. Okla.) |
| THOMAS PRICE, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; EDWARD HUGLER, Secretary of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; STEVEN MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES  DEPARTMENT OF THE TREASURY, | |
| Defendants - Appellants. | |
| NATIONAL HEALTH LAW PROGRAM; AMERICAN PUBLIC HEALTH ASSOCIATION; NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION; NATIONAL WOMEN'S HEALTH NETWORK; NATIONAL LATINA INSTITUTE FOR REPRODUCTIVE HEALTH; | |

NATIONAL ASIAN PACIFIC AMERICAN WOMEN'S FORUM; ASIAN AMERICANS ADVANCING JUSTICE | AAJC; ASIAN AMERICANS ADVANCING JUSTICE | LOS ANGELES; ASIAN & PACIFIC ISLANDER AMERICAN HEALTH FORUM; BLACK WOMEN'S HEALTH IMPERATIVE; FORWARD TOGETHER; IPAS; SEXUALITY INFORMATION AND EDUCATION COUNCIL OF THE U.S. (SIECUS); HIV LAW PROJECT; CHRISTIE'S PLACE; NATIONAL WOMEN AND AIDS COLLECTIVE; CALIFORNIA WOMEN'S LAW CENTER; AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF OKLAHOMA; NATIONAL WOMEN'S LAW CENTER; AMERICAN ASSOCIATION OF UNIVERSITY WOMEN; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME); THE BLACK WOMEN'S HEALTH IMPERATIVE; IBIS REPRODUCTIVE HEALTH; LEGAL MOMENTUM; MERGERWATCH; NARAL PRO-CHOICE AMERICA; NARAL PRO-CHOICE COLORADO; NARAL PRO-CHOICE WYOMING; NATIONAL ORGANIZATION FOR WOMEN (NOW) FOUNDATION; NATIONAL PARTNERSHIP FOR WOMEN AND FAMILIES; PLANNED PARENTHOOD ASSOCIATION OF UTAH; PLANNED PARENTHOOD OF THE HEARTLAND; PLANNED PARENTHOOD OF KANSAS AND MID-MISSOURI; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS, INC.; POPULATION CONNECTION; RAISING WOMEN'S

VOICES FOR THE HEALTH CARE WE NEED; SERVICE EMPLOYEES INTERNATIONAL UNION; AMERICAN CENTER FOR LAW AND JUSTICE; SOUTHERN BAPTIST THEOLOGICAL SEMINARY; ETHICS & RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION; INTERNATIONAL MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION; DR. R. ALBERT MOHLER, JR.; ASSOCIATION OF GOSPEL RESCUE MISSIONS; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; PRISON FELLOWSHIP MINISTRIES; NATIONAL ASSOCIATION OF EVANGELICALS; LUTHERAN CHURCH - MISSOURI SYNOD; AMERICAN BIBLE SOCIETY; INSTITUTIONAL RELIGIOUS FREEDOM ALLIANCE; CHRISTIAN LEGAL SOCIETY; ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; CHRISTIAN MEDICAL ASSOCIATION; CATHOLIC MEDICAL ASSOCIATION; NATIONAL CATHOLIC BIOETHICS CENTER; ALABAMA PHYSICIANS FOR LIFE; NATIONAL ASSOCIATION OF PRO LIFE NURSES; NATIONAL ASSOCIATION OF CATHOLIC NURSES,

  Amici Curiae.

_____

**ORDER**

_____

Before **MATHESON**, **McKAY**, and **BALDOCK**, Circuit Judges.

_____

This matter is before us on Appellants' unopposed *Motion for Voluntary Dismissal*. The motion is GRANTED and this matter is dismissed pursuant to Fed. R. App. P. 42(b). A copy of this order shall stand as and for the mandate of this court.

    Entered for the Court,

    ELISABETH A. SHUMAKER, Clerk

    by: Chris Wolpert
        Chief Deputy Clerk