## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

REACHING SOULS INTERNATIONAL,  )
INC., *et al.*,                )
                               )
       Plaintiffs,      )
                               )
v.                             )    Case No. CIV-13-1092-D
                               )
ERIC D. HARGAN, Acting Secretary of  )
the United States Department of Health  )
and Human Services, *et al.*,  )
                               )
       Defendants.      )

### O R D E R

On March 26, 2014, this case was stayed by agreement of the parties for the duration of Defendants' interlocutory appeal, and the case was administratively closed.   On October 23, 2017, the Tenth Circuit dismissed the appeal on Defendants' motion, and issued its mandate.   The Clerk of Court received the mandate the same day and reopened the case, as provided by the Administrative Closing Order [Doc. No. 80].

Pursuant to the Order of March 26, 2014 [Doc. No. 79], "the deadline for Defendants to answer or otherwise respond to the Complaint shall be 21 days [after receipt of the mandate]."   The deadline has expired, but no filing has been made by any party.

IT IS THEREFORE ORDERED that the parties shall file a joint status report stating their positions regarding further proceedings in this case not later than December 8, 2017.

IT IS SO ORDERED this 17th day of November, 2017.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE