IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REACHING SOULS INTERNATIONAL, INC., *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 5:13-cv-1092-D |
| ERIC HARGAN, in his official capacity as the Acting Secretary of the United States Department of Health and Human Services[1]; *et al.*, | |
| Defendants. | |

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to the Court's November 17, 2017 Order (ECF No. 87).

Plaintiffs believe that this case should now move forward to a final judgment. Plaintiffs therefore request that the stay be lifted and a briefing schedule established so that Plaintiffs can file a motion asking the Court to make its preliminary injunction permanent.

Defendants do not oppose lifting the stay. Defendants intend to oppose Plaintiffs' forthcoming motion on the ground that this case is moot in light of the interim final regulations issued by the defendant agencies on October 6, 2017, which modify some of

---

[1] Eric Hargan, Acting Secretary of the U.S. Department of Health and Human Services, "is automatically substituted as a party" for Sylvia M. Burwell. Fed. R. Civ. P. 25(d).

the regulations at issue in this litigation.  *See* 82 Fed. Reg. 47,792 (Oct. 13, 2017); 82 Fed. Reg. 47,838 (Oct. 13, 2017).

The parties jointly propose that the Court enter the following briefing schedule for Plaintiffs' forthcoming motion to convert the preliminary injunction into a permanent injunction:

Plaintiffs' motion is due on January 15, 2018.

Defendants' opposition is due on January 31, 2018.

Plaintiffs' reply is due on February 7, 2018.

Dated:  December 8, 2017                    Respectfully Submitted,


/s/ Mark Rienzi                             ETHAN P. DAVIS
Mark Rienzi, *pro hac vice*                 Deputy Assistant Attorney General
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW,                 JOEL McELVAIN
Suite 700                                   Assistant Director, Federal Programs
Washington, DC 20036                            Branch
Telephone: (202) 955-0095
Facsimile: (202) 955-0090                   /s/ *Michelle R. Bennett*
                                            MICHELLE R. BENNETT
*Counsel for Plaintiffs*                    Senior Trial Counsel
                                            United States Department of Justice
                                            Civil Division, Federal Programs
                                                Branch
                                            20 Massachusetts Ave. NW
                                            Washington, DC  20530
                                            Tel: (202) 305-8902
                                            Fax: (202) 616-8470
                                            Email: michelle.bennett@usdoj.gov

                                            *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

       /s/ Michelle R. Bennett
      MICHELLE R. BENNETT