IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REACHING SOULS INTERNATIONAL, INC., *et al.*,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX AZAR, Secretary, United States Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | No. CIV-13-1092-D<br><br>Honorable Timothy D. DeGiusti |

**NOTICE**

Further to the Court's order extending time, Plaintiffs Reaching Souls International, Inc., *et al.*, ("Reaching Souls") hereby notify the Court that they will not file a fees motion, as the parties have resolved the matter.

January 28, 2019

Respectfully submitted,

/s Mark Rienzi
Mark Rienzi
Adèle Auxier Keim
Daniel Blomberg
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095 (tel.)
(202) 955-0090 (fax)
mrienzi@becketlaw.org

Carl C. Scherz
Seth Roberts
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8583

*Attorneys for Plaintiffs Reaching Souls*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Court's ECF system on January 28, 2019, and was thereby electronically served on counsel for Defendants.

                                                   *s/ Mark L. Rienzi*  
                                                   Mark L. Rienzi  
                                                   *Counsel for Plaintiff*